Odis Moran
**NAME**

J10370
**PRISON NUMBER**

California Medical Facility
**CURRENT ADDRESS OR PLACE OF CONFINEMENT**

PO Box 2000 Vacaville 95696
**CITY, STATE, ZIP CODE**

ORIGINAL

2254 ✓  1983 ___
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ___ Pro Se ___

FILED
AUG 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Odis Moran,
(FULL NAME OF PETITIONER)
       PETITIONER
              v.
Mike Knowles,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])
       RESPONDENT
       and
Jerry Brown,
The Attorney General of the State of California, Additional Respondent.

Civil No  S-155946
'08 CV 1569 JM BLM
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)
Sentence Modification

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: Superior Court of San Diego.

2. Date of judgment of conviction: Feb 13th 1997

3. Trial court case number of the judgment of conviction being challenged: SCD 123937

4. Length of sentence: Twenty-Three yrs. 100 months.

CIV 68 (Rev. Jan. 2006)                                                                 CV

5. Sentence start date and projected release date: __April 18th 1997.__
   __April 25th 2016. August 22nd 2016.__

6. Offense(s) for which you were convicted or pleaded guilty (all counts): __False__
   __Imprisonment, Robbery, Possession of a Fire Arm.__
   __PC 236/237  PC 211/8155  PC. 12021 + 12022.5 (A)__

7. What was your plea? (CHECK ONE)
   (a) Not guilty       ☒
   (b) Guilty           ☐
   (c) Nolo contendere  ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury         ☒
   (b) Judge only   ☐

9. Did you testify at the trial?
   ☐ Yes  ☒ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☒ Yes  ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: __Denied__
    (b) Date of result (if known): __4-18-98__
    (c) Case number and citation (if known): __D0-27582 / SCD 128987__
    (d) Names of Judges participating in case (if known) __(1) PJ Krenker.__
    __(2) J. Nares. (3) Judge J. Huffman.__
    (e) Grounds raised on direct appeal: __(1) The Evidence was insuffic-__
    __ent in the Juvenile Adjudication (2) A violation__
    __of the Due process clause. of the Ex post Facto Law__

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: __Denied Twice !!__
    (b) Date of result (if known): __(1) 1998 and (2) in March of 08.__
    (c) Case number and citation (if known): __S-155946.__

    (d) Grounds raised: __The petitioner cited violations of the__
    __4th 5th "6th" 8th and 14th Amendments (2) And__
    __A violation of the Due process clause.__

13. If you filed a petition for certiorari in the <u>United States Supreme Court</u>, please answer the following with respect to that petition:

    (a) Result: _____

    (b) Date of result (if known): _____

    (c) Case number and citation (if known): _____

    (d) Grounds raised: _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Superior Court</u>?
☒ Yes  ☐ No

15. If your answer to #14 was "Yes," give the following information:

    (a) <u>California Superior Court</u> Case Number (if known): DO-28582

    (b) Nature of proceeding: Writ of Habeas Corpus.

    (c) Grounds raised: (1) Due process clause. (2) Insufficent Evidence.

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes  ☒ No

    (e) Result: _____

    (f) Date of result (if known): _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Court of Appeal</u>?
☒ Yes  ☐ No

17. If your answer to #16 was "Yes," give the following information:
    (a) **California Court of Appeal** Case Number (if known): D0-50877
    (b) Nature of proceeding: Writ of Habeas Corpus.
    (c) Names of Judges participating in case (if known) MC' Donald.
    (d) Grounds raised (1) In RE-Winship 397 US 358,364 (1970) US Constitution Amendments 4th 5th 6th 8th and 14th. 2) Apperndi V. New Jersey (2000) Blakey V. Washington Cont
    (e) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (f) Result: Affirmed and Denied.
    (g) Date of result (if known): 7-31-07

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
    ☒ Yes  ☐ No  Twice!!

19. If your answer to #18 was "Yes," give the following information:
    (a) **California Supreme Court** Case Number (if known): D0 28552 / S156946.
    (b) Nature of proceeding: petition for Review (Red), and then an Evidentiary Hearing was Requested.
    (c) Grounds raised: (1) insufficient evidence
        (2) Due process clause
        (3) Violation of the Sixth Amendment.
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result:
    (f) Date of result (if known):

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____
_____
_____
_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
   ☒ Yes ☐ No      (IF "YES" SKIP TO #22)
   (a) If no, in what federal court was the prior action filed? _____
      (i) What was the prior case number? _____
      (ii) Was the prior action (CHECK ONE):
         ☐ Denied on the merits?
         ☐ Dismissed for procedural reasons?
      (iii) Date of decision: _____
   (b) Were any of the issues in this current petition also raised in the prior federal petition?
      ☐ Yes ☐ No
   (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
      ☐ Yes ☐ No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: Apprendi v New Jersey (2000) US Almendarez-Torres 523 US (1998)

Supporting FACTS: The Constitution requires that "any" fact that increases the penalty for a crime beyond the statutory maximum other than the fact of a prior must be submitted to a jury "and proved beyond a doubt" which was not done in the matter at hand, in which the petitioner contends was a clear and deliberate violation of the petitioners Sixth Amendment right, resulting in the upper term being double six years to twelve years by the judge who was at that point acting on the recommendation of the probation department. This court has repeatedly stated that a judge exceeds his proper authority when inflicting a sentence the jury's verdict does not allow. As a jury has not found all the facts essential to the punishment. Furthermore its been stated that " the Sixth Amendment is not a mere formality but a reservation of power in our constitutional structure as was

Did you raise GROUND ONE in the California Supreme Court?

☒ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): Evidentiary

(2) Case number or citation: S-155946

(3) Result (attach a copy of the court's opinion or order if available): Denied Cont.

(b) GROUND TWO: In Blakey v. Washington 397 (US) 2004. 358, 364, 542 US

Supporting FACTS: The Court Held that in this Case they should follow the rules in Apprendi v. New Jersey in which was stated "Other than the fact of a prior conviction" any fact" that increases the penalty for a crime." Must Be submitted to a Jury and proved Beyond a Doubt" And that a Judge may impose a Sentence Based on sole facts reflected by a Jury "or Admitted" by the Defendant. In which case neither was Done. The Court goes on to say Quote "Because the facts supporting the Defendants "exceptional sentence" was neither Admitted nor found Guilty by the Jury the Sentence was found to be a violation of the "sixth amendment". This Arguement has been brought to the attention of the "Lower-Courts" who Replied that Apprendi, Blakey, Booker, and Cunningham, Did not Apply Because they are not Retroactive. And that the Defendants case was final years before those cases who were decided. Here the Defendant Respectfully Request the Court to explain How the constitutional Rights of these few could be Violated and Restored without prejudice. While the Defendants "Sixth Amendment" Right Remain cont.

Did you raise GROUND TWO in the California Supreme Court?
☒ Yes ☐ No.

  If yes, answer the following:

  (1) Nature of proceeding (i.e., petition for review, habeas petition): Habeas Corpus
  (2) Case number or citation: S. 155946
  (3) Result (attach a copy of the court's opinion or order if available): Denied

CIV 68 (Rev. Jan. 2006)

-7-

cv

(c) GROUND THREE: The United States Supreme Court. In Cunningham v. California (2007)

Supporting FACTS: The united state supreme court Has held that "California's Determinate Sentencing Law (DSL) has Ran afoul of the "Sixth Amendment" Right to trial by Jury and Rather More the Court has held that a "conviction is a conviction" for the Mid-term. And When a Court Makes an additional factual finding it Exceeds the facts found by a Jury thus violating the Sixth — Amendment. As was Done to the petitioner the petitioner Now goes on to Request the Court explain How the upper term of (Count two) could be Doubled from Six years to Twelve years without Admitting Guilt or being found Guilty by the Jury, And allowing a Judge to exceed his proper Authority by going outside of the statory Maxium of the Law and not be in Direct Violation of the "Sixth Amendment." Right to trial by Jury? As was Done in "Apprendi v New-Jersey" and in "Blakely v Washington" and in "Cunningham v. California. The petitioner now contends that because these cases are not Retroactive, that fact Alone should not Be enough to allow the state Court to Violate the United States Constitution. And the Supreme Courts Rulings therein.

Did you raise GROUND THREE in the California Supreme Court?
☒ Yes ☐ No.

  If yes, answer the following:
  (1) Nature of proceeding (i.e., petition for review, habeas petition): Evidentiary Hearing
  (2) Case number or citation: S-166946
  (3) Result (attach a copy of the court's opinion or order if available): Denied

(d) **GROUND FOUR**: The Juvenile Adjudication Violates the Ex post Facto Law.

Supporting FACTS: The petitioner contends the Juvenile Adjudication violates the Ex-post Facto Law, and continues to a mockery of the 14th Amendment which guarantees the citizens of this country "Equal protection of the Law" while hypocritically telling Juveniles they have no rights to trials by Jury which is in direct conflict of the Sixth Amendment. Furthermore the state has said a Judge may impose the upper-term "if" one or more aggravating circumstances were found present in the offense. Even so these facts may be found present, this should by no means be "Grounds" for the State to superceed the Rulings of this court, or any other "Federal Ruling". And so in conclusion the petitioner Respectfully Request, this Court Remand the petitioner to the Superior Court of San-Diego to be Resentenced under California's (DSL) and be Sentenced to the Mid-term. In Accordance to the Ruling Made in "Cunningham V. California (2007) for the offense the petitioner is currently convicted for.

Did you raise GROUND FOUR in the California Supreme Court?
☒ Yes ☐ No.

If yes, answer the following:
(1) Nature of proceeding (i.e., petition for review, habeas petition) Evidentiary Hear
(2) Case number or citation: S-156944
(3) Result (attach a copy of the court's opinion or order if available): Denied

CIV 68 (Rev. Jan. 2006)

-9-

cv

23. Do you have any petition or appeal **now pending in** any court, either state or federal, pertaining to the judgment under attack?
    ☐ Yes  ☒ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: _____
    (b) Case Number: _____
    (c) Date action filed: _____
    (d) Nature of proceeding: _____
    (e) Name(s) of judges (if known): _____
    (f) Grounds raised: _____

    (g) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☒ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: _____
    (b) At arraignment and plea: _____
    (c) At trial: Mary Knockhart (283 "A" street Suite 903) San Diego CA, 92101-4009
    (d) At sentencing: Mary Knockhart (283 "A" street Suite 903) San Diego, CA, 92101-4009
    (e) On appeal: Christopher Blake 4155 Lamont st # SDCA 92104
    (f) In any post-conviction proceeding: _____
    (g) On appeal from any adverse ruling in a post-conviction proceeding: _____

CIV 68 (Rev. Jan. 2006)

-10-

cv

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☒ Yes  ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☐ No

   (a) If so, give name and location of court that imposed sentence to be served in the future: _____

   (b) Give date and length of the future sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☒ Yes  ☐ No

28. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

8-18-08
(DATE)

_____
SIGNATURE OF PETITIONER
CIV 68 (Rev. Jan. 2006)

cv

17). Cunningham v California (2007)            pg 4

Cont.   Pg 6.

22). Ground One.

Done in Almendarez-Torres V. US (1998)

Nature of proceeding
" Evidentiary Hearing.

Cont.                                                                 Pg 7

GROUND TWO
To Be violated? The petitioner Again Request, the Court to explain the Differance between these four's Constitutional Rights and the petitioners.

Habeas Corpus\Evidentiary Hearing.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Odis Moran

**DEFENDANTS**

Knowles, et al

FILING FEE PAID: Yes ✓ No
IFP MOTION FILED: Yes ✓ No
COPIES SENT TO: Court ✓ Pro Se

FILED AUG 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Solano
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Odis Moran
PO Box 2000
Vacaville, CA 95696
J-10370

ATTORNEYS (IF KNOWN)

'08 CV 1569 JM BLM

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appelate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE 8/25/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Moran

CR