**Odis Moran**
PLAINTIFF/PETITIONER/MOVANT'S NAME

**J10370**
PRISON NUMBER

**California Medical Facility**
PLACE OF CONFINEMENT

**PO Box 2000 Vacaville CA, 95696**
ADDRESS

FILING FEE PAID  Yes ___ No ✓
IFP MOTION FILED  Yes ✓ No ___
COPIES SENT TO  Court ___ ProSe ✓

FILED
AUG 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM  DEPUTY

# United States District Court
## Southern District Of California

'08 CV 1569 JM BLM

**Odis Moran**,
Plaintiff/Petitioner/Movant

v.

**Mike Knowles**,
Defendant/Respondent

Civil No. **S155946**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration  "CMF" California Medical facility
   Are you employed at the institution?        ☐ Yes ☒ No
   Do you receive any payment from the institution?   ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                                                                H:\CIV-67.wpd

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

---

## PRISON CERTIFICATE
(**Incarcerated applicants only**)
(To be completed by the institution of incarceration)

I certify that the applicant _____Moran   Odis   Hardin_____,
(NAME OF INMATE)

_____J 10370_____,
(INMATE'S CDC NUMBER)

has the sum of $____0____ on account to his/her credit at _____

_____California   Medical   Facility_____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ____0____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ ____0____,

and the *average monthly deposits* to the applicant's account was $____0____.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____05/21/08_____
DATE

_____[signature]_____
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_____Lorna   Givaccg_____
OFFICER'S FULL NAME (PRINTED)

_____MTA_____
OFFICER'S TITLE/RANK

```
REPORT ID: TS3030  .701                                    REPORT DATE: 05/21/08
                                                           PAGE NO:           1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CALIFORNIA MEDICAL FACILITY
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 21, 2007 THRU MAY  21, 2008

ACCOUNT NUMBER  : J10370                    BED/CELL NUMBER: MIJ100000000144U
ACCOUNT NAME    : MORAN, ODIS HARDIN            ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

 << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

    BEGINNING        TOTAL         TOTAL         CURRENT        HOLDS        TRANSACTIONS
    BALANCE         DEPOSITS    WITHDRAWALS      BALANCE       BALANCE       TO BE POSTED
   -----------    -----------   -----------    -----------   -----------   ---------------
      0.00            0.00          0.00           0.00          0.00           0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY: _____
        TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
----------
   0.00
----------