# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Odis Moran

V.

Mike Knowles

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv1569-JM(BLM)

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court adopts the Report and Recommendation in its entirety. Accordingly, the court grants Respondent's motion to dismiss and dismisses the Petition with prejudice.....................................
................................................................................................................................................

| May 5, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON May 5, 2009 |

08cv1569-JM(BLM)